UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| H. BRUCE BOAL and SCOTT LEE BOAL, A Partnership d/b/a BOALEECO, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12634-NG |
| FLEETBOSTON FINANCIAL CORPORATION (f/k/a Fleet National Bank) | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Local Rule 7.3, the following corporate affiliations exist with Defendant:

Defendant Fleet National Bank ("Fleet"), erroneously named Fleet Boston Financial Corporation in the caption and Verified Complaint, is a wholly-owned subsidiary of Bank of America Corporation, which has its principal place of business in Charlotte, North Carolina. Bank of America Corporation stock is publicly traded on the New York Stock Exchange.

          FLEET NATIONAL BANK, erroneously named
          FLEETBOSTON FINANCIAL
          CORPORATION,
          By its attorneys,

          /s/ J. Patrick Kennedy
          Donn A. Randall, BBO# 631590
          J. Patrick Kennedy, BBO# 565778
          Bulkley, Richardson, and Gelinas LLP
          One Post Office Squire, Suite 3700
          Boston, Massachusetts 02109
          (617) 368-2500
          Email: pkennedy@bulkley.com

Dated: December 22, 2004