# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL ACTION NUMBER: 4-2225

---

H. BRUCE BOAL and SCOTT LEE BOAL, )
A Partnership d/b/a BOALEECO, )
        Plaintiff )
 )
v. )
 )
FLEETBOSTON FINANCIAL CORPORATION )
(f/k/a Fleet National Bank), )
        Defendant )

## *Ex Parte* MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff H. Bruce Boal and Scott Lee Boal, A Partnership d/b/a Boaleeco ("Boaleeco") respectfully requests that this Court enjoin Defendant FleetBoston Financial Corporation ("Fleet") as follows:

(a)    Temporarily and preliminarily enjoin Fleet from paying any funds to CBE on account of the letter of credit; and

(b)    award such other relief and issue such other orders as justice may require.

As grounds for this Motion, Boaleeco hereby incorporates by reference the Verified Complaint. Boaleeco also submits a proposed Order.

Respectfully submitted,
H. Bruce Boal and Scott Lee Boal,
A Partnership d b/a Boaleeco,
By Its Attorneys,

Robert L. Holloway, Jr., BBO #238560
Thomas J. Flannagan, BBO #564328
MACLEAN HOLLOWAY DOHERTY ARDIFF & MORSE P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123

Dated: December 10, 2004