

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

J. PATRICK KENNEDY
DIRECT DIAL (617) 368-2510
PKENNEDY@BULKLEY.COM

January 6, 2005

Hon. Nancy Gertner
United States District Judge
United States District Court for the
  District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

RE: H. Bruce Boal, et al. v. FleetBoston Financial Corporation
(f/k/a Fleet National Bank), Docket No. 04-CV-12634-NG

Dear Judge Gertner:

On behalf of defendant Fleet National Bank ("Fleet"), we are writing to request that the Court schedule a hearing on plaintiffs' Motion for Temporary Restraining Order on the earliest available date on the Court's calendar.

Pursuant to Local Rule 7.1(D), Fleet requested in its Opposition to Plaintiffs' Motion for Temporary Restraining Order (filed on December 28, 2004) that the Court schedule a hearing as soon as possible because the Superior Court's TRO Order currently enjoins Fleet from making payment under the Standby Letter of Credit at issue in this case. Since that filing, the confirming bank on the Standby Letter of Credit, Citibank, N.A., has made payment to the beneficiary under the Standby Letter of Credit, and in turn is demanding reimbursement from the issuing bank, Fleet. For reasons set forth in the Affidavit of Michael E. Evans filed in support of Fleet's Opposition to Plaintiffs' Motion for Temporary Restraining Order (at ¶ 6), Fleet is in serious danger of suffering injury to its reputation in international banking if the Superior Court's TRO Order is not immediately dissolved.

We remain available to appear before you on this matter at your earliest available opportunity. Thank you for your kind attention to this request.

Respectfully submitted,

J. Patrick Kennedy

cc: Robert L. Holloway, Jr., Esq.
    Donn A. Randall, Esq.