UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| H. BRUCE BOAL and SCOTT LEE BOAL<br>A Partnership d/b/a BOALEECO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION<br>(f/k/a Fleet National Bank),<br><br>　　　　Defendant. | Civil Action No. 04-12634-NG |

**ORDER DENYING PLAINTIFFS' MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of plaintiffs' Motion for Temporary Restraining Order and/or for a Preliminary Injunction [Docket No. 3], defendant's Opposition thereto and all supporting papers, as well as oral argument by counsel for the parties held on January 19, 2005, it is HEREBY ORDERED THAT:

(1)　Plaintiffs' Motion for Temporary Restraining Order and/or for a Preliminary Injunction is DENIED;

(2)　The Order entered by the Essex County, Massachusetts Superior Court dated December 13, 2004 granting a Temporary Restraining Order in this action (Welch, J.), prior to its removal to this Court, is DISSOLVED; and

(3)　Counsel for the Parties are to confer and jointly submit a proposed Rule 16 pretrial and discovery schedule for this action on or before January 26, 2005.

Dated at Boston, Massachusetts this __ day of January, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nancy Gertner, United States District Judge

288153-1

Case 1:04-cv-12634-NG     Document 8     Filed 01/20/2005     Page 2 of 2