# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H. BRUCE BOAL and SCOTT LEE BOAL, )<br>A Partnership d/b/a BOALEECO, )<br>            Plaintiff )<br> )<br>v. )<br> )<br>FLEETBOSTON FINANCIAL CORPORATION )<br>(f/k/a Fleet National Bank), )<br>            Defendant ) | Civil Action No.:   04-12634-NG |

### PLAINTIFFS' FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2 (A) DISCLOSURE

A.  <u>Individuals Likely to Have Discoverable Information</u>.

At the present time, the following present and/or former agents, servants, employees, and/or representatives of Plaintiffs H. Bruce Boal and Scott Lee Boal, a Partnership d/b/a Boaleeco ("Boaleeco"), are believed to have general knowledge concerning the subject letter of credit, and of other factual matters which may be relevant to this action.  This information is provided on the basis of a review of documents which are presently available, and on the fact that some or all of the listed individuals are identified in such documentation.  In some cases, the precise nature of the knowledge or information held by any given individual is presently unknown.

- H. Bruce Boal, Boaleeco, 56 Pulaski Street, Peabody, MA 01960

- Scott Lee Boal, Boaleeco, 56 Pulaski Street, Peabody, MA 01960

The following individuals may have knowledge of subject matters which are relevant to this action, although no independent determination has been made in that regard.

- Ricardo S. Martinez, Assoc. Gen. Counsel, Citigroup Global Transaction Services, 388 Greenwich Street, New York, New York 10013

- Representatives of the Central Bank of Egypt, 1 El Alfy Street, Cairo, Egypt

- Representatives of Supreme Council of Universities, Giza, Cairo, Egypt

- David Grebe, Fleet National Bank, 7 New England Executive Park, Burlington, MA

- Clark Hayes, Fleet National Bank, 7 New England Executive Park, Burlington, MA

- Michael Evans, Operations Manager, Fleet National Bank, Scranton, PA

- Robert Van Horn, USAID/Egypt, USAID Unit 64902, APO AE 09839-4902

This disclosure is made on the basis of Boaleeco's present understanding of the subject matter of this action, and of such information which is presently available, including those documents which can be located and those individuals who can be contacted as of the present time. Boaleeco reserves the right to identify other witnesses whose identities become available during the course of discovery.

B.    Documents Relevant to Disputed Facts.

At the present time, the following categories of documents and/or things relevant to the issues raised by this action are known to exist within the custody of Boaleeco:

- Subject Letter of Credit (with amendments)

- Contract No. SCU/25-88/ARE

- A.I.D. Regulation 1

- Contract Documents relating to Contract No. SCU/25-88/ARE (including correspondence between parties and between parties and USAID, invoices, letters of commitment)

- Correspondence between Boaleeco and USAID and Boaleeco and Supreme Council of Universities

These documents are either available for inspection at the offices of Boaleeco's counsel or may be copied upon written agreement from each party to reimburse Boaleeco's counsel for the expected significant copying charges. This disclosure is made on the basis of Boaleeco's present understanding of the subject matter of this action, and of such information which is presently available, including those documents which can be located and those individuals who can be contacted as of the present time. Boaleeco reserves the right to identify other documents whose identities become available during the course of discovery.

C.    Computation of Damages.

Boaleeco has lost $50,000.00 (as well as attorney's fees and costs) as a result of what it contends was the wrongful payment by Fleet National Bank on the subject Letter of Credit.

This disclosure is made on the basis of Boaleeco's present understanding of the subject matter of this action, and of such information which is presently available, including those documents which can be located and those individuals who can be contacted as of the present time. Boaleeco reserves the right amend this disclosure during the course of discovery.

D.    Insurance Agreements.

     To the best of Boaleeco's knowledge and understanding, there are no applicable insurance policies relative to the issues involved in this Action.

                    Respectfully submitted,
                    H. Bruce Boal and Scott Lee Boal,
                    A Partnership d/b/a Boaleeco,
                    By Its Attorneys,

                    /s/ Thomas J. Flannagan
                    Robert L. Holloway, Jr., BBO #238560
                    Thomas J. Flannagan, BBO #564328
                    MacLEAN HOLLOWAY DOHERTY ARDIFF & MORSE P.C.
                    8 Essex Center Drive
                    Peabody, MA   01960
Dated:  February 28, 2005    (978) 774-7123